Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
             kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELSEY O'HANLON,<br><br>                              Plaintiff,<br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and AT&T SERVICES, INC.<br><br>                              Defendants. | Case No. 2:22-cv-01347-JCM-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Kelsey O'Hanlon ("Plaintiff" or "Douangdara"), by and through her counsel of record, the law firm of Kind Law and Freedom Law Firm hereby stipulates and agrees as follows:

WHEREAS, Plaintiff filed its Complaint on August 18, 2022;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is currently October 13, 2022;

WHEREAS, the parties are in settlement discussions in an effort to reach a resolution of this matter;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including October 27, 2022 in which to respond to Plaintiff's Complaint in an effort to facilitate the parties' ongoing discussions;

1

1

2   WHEREAS, there are no other deadlines that are affected by this stipulation that are

3  presently known to the parties; and

4   WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

5   THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up

6  through October 27, 2022 in which to respond to Plaintiff's Complaint.

7

8  Respectfully Submitted by:                        Approved by:

9  **GREENE INFUSO, LLP**                           **FREEDOM LAW FIRM**

10

11  /s/ Michael V. Infuso                             /s/ George Haines
    Michael V. Infuso, Esq.                          George Haines, Esq.
12  Nevada Bar No. 7388                              Nevada Bar No. 9411
    Keith W. Barlow, Esq.                            Gerardo Avalos, esq.
13  Nevada Bar No. 12689                             Nevada Bar No. 15171
    3030 South Jones Blvd. Suite 101                 8985 S. Eastern Ave., Suite 350
14  Las Vegas, Nevada 89146                          Las Vegas, Nevada 89123

15

16

17                          **O R D E R**

18                       **IT IS SO ORDERED.**

19

20                       _____
                         **U.S. MAGISTRATE JUDGE**
21
                         **Dated:  October 11, 2022**
22

23

24

25

26

27

28

2