Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
              kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELSEY O'HANLON,<br><br>                                    Plaintiff,<br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and AT&T SERVICES, INC.<br><br>                                    Defendants. | Case No. 2:22-cv-01347-JCM-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Kelsey O'Hanlon ("Plaintiff"), by and through her counsel of record, the law firm of Kind Law and Freedom Law Firm hereby stipulates and agrees as follows:

WHEREAS, Plaintiff filed its Complaint on August 18, 2022;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is October 27, 2022;

WHEREAS, NCTUE's counsel is still conducting an investigation into allegations of Plaintiff's Complaint and has encountered difficulties locating the documents needed in order to prepare a response to the Complaint;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including November 10, 2022 in which to respond to Plaintiff's Complaint;

1

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through November 10, 2022 in which to respond to Plaintiff's Complaint.

Respectfully Submitted by:

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146

Approved by:

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 S. Maryland Pkwy, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, esq.
Nevada Bar No. 15171
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

**O R D E R**

**IT IS SO ORDERED.**

Dated this 28th day of October 2022.

UNITED STATES MAGISTRATE JUDGE

2