Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kelsey O'Hanlon*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kelsey O'Hanlon,<br>       Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and AT&T Services, Inc.,<br>       Defendants | Case No.: 2:22-cv-01347-JCM-EJY<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** and Order |

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kelsey

---

STIPULATION                                            1

O'Hanlon and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 19, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kelsey O'Hanlon*

**GREENE INFUSO, LLP**

/s/ Michael Infuso
Keith Barlow, Esq.
Michael Infuso, Esq
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 24, 2023